# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Woodbridge Group of Companies, LLC<br>       Debtor<br>_____ | Bankruptcy Case No.: 17–12560–BLS<br><br>Bankruptcy Chapter:  11 |
| Michael Goldberg<br><br>       Plaintiff<br><br>       vs.<br><br>Glen D. Barnes<br><br>       Defendant(s) | <br><br>Adv. Proc. No.:  19–51038–BLS |

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Glen D. Barnes

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 6/30/20                                      By:  Sherry J. Stiles, Deputy Clerk

(VAN–431)

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff                                                           Adv. Proc. No. 19-51038-BLS

Glen D. Barnes,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1         User: Sherry            Page 1 of 1               Date Rcvd: Jun 30, 2020
                      Form ID: van431         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
aty            +Andrew Caine,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd.,   13th Floor,    Los Angeles, CA  90067,    UNITED STATES 90067-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 30 2020 22:15:51      U.S. Trustee,    Office of the United States Trustee,   J. Caleb Boggs Federal Building,    844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 30 2020 22:15:51      U.S. Trustee,    Office of United States Trustee,   J. Caleb Boggs Federal Building,    844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
                                                                                                                                                                                                                         TOTAL: 2

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
         Bradford J. Sandler    on behalf of Plaintiff Michael   Goldberg bsandler@pszjlaw.com
         Bridget   Gallerie    on behalf of Claims Agent   Epiq Class Action & Claims Solutions, Inc.   Pacerteam@choosegcg.com
         Colin R. Robinson    on behalf of Plaintiff Michael   Goldberg crobinson@pszjlaw.com
                                                                                                                                                                                                                         TOTAL: 3