# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adv. Proc. No. 19-51038 (JKS) |
| vs. | |
| GLEN D. BARNES, | **Ref Docket Nos. 29-30** |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2021, I caused to be served the:

    a. "Order Approving Stipulation to Vacate Entry of Default Against Glen D. Barnes," dated August 25, 2021 [Docket No. 29], and

    b. "Order Assigning Adversary Proceeding to Mediation, Appointing Mediator, and Setting Mediation Deadlines and Trial Date," dated August 25, 2021 [Docket No. 30],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

by causing true and correct copies to be delivered via electronic mail to the following party: *mjoyce@mjlawoffices.com.*

>*/s/ Angela Chachoff*
>Angela Chachoff

Sworn to before me this
2nd day of September, 2021
*/s/ Andrea R. Speelman*
_____
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024