# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (JKS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, | **MEDIATION STATUS REPORT** |
| Plaintiff, | |
| v. | |
| Glen D. Barnes, | Adv. Proc. No.: 19-51038 (JKS) |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    Mediation sessions are scheduled to occur on _____.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER: Mediation was held on November 4, 2021 and the parties are continuing to negotiate through their counsel with the mediator.

Dated: March 16, 2022                    _/s/ Ian Connor Bifferato_
                                              Ian Connor Bifferato (DE #3273)
                                              The Bifferato Firm P.A.
                                              1007 N. Orange Street, 4th Floor
                                              Wilmington, DE  19801