**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding |
| Plaintiff, | Case No. 19-51038 (JKS) |
| vs. | |
| GLEN D. BARNES, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**<u>ADVERSARY PROCEEDING</u>**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Settlement Agreement*,

entered into by and between plaintiff Michael Goldberg, as Liquidating Trustee of the

Woodbridge Liquidation Trust and defendant Glen D. Barnes, and Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules

of Bankruptcy Procedure, the Woodbridge Liquidation Trust hereby dismisses the above-

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

DOCS_LA:344879.1 94811/003

referenced adversary proceeding with prejudice.  The parties shall bear their own attorneys' fees

and costs.

Dated:    August 19, 2022              PACHULSKI STANG ZIEHL & JONES LLP
          Wilmington, Delaware

                                       */s/ Colin R. Robinson*
                                       Bradford J. Sandler (DE Bar No. 4142)
                                       Andrew W. Caine (CA Bar No. 110345)
                                       Colin R. Robinson (DE Bar No. 5524)
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, DE 19899 (Courier 19801)
                                       Telephone: 302-652-4100
                                       Fax: 302-652-4400
                                       Email: bsandler@pszjlaw.com
                                              acaine@pszjlaw.com
                                              crobinson@pszjlaw.com

                                       *Counsel to Plaintiff Michael Goldberg, as Liquidating
                                       Trustee of the Woodbridge Liquidation Trust*